136 P.3d 903

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Elizares v. State | 26923 | 06/23/2006 | Denied | 110 Hawai'i 472, 134 P.3d 638 |
| State v. Hung | 26963 | 06/23/2006 | Denied | 110 Hawai'i 406, 133 P.3d 835 |